# TEST PDF